FLORENCE E. FARMER, as Administratrix of the Estate of MYRON P. FARMER, Deceased, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Farmer* v. *N. Y. C. & H. R. R. R. Co.*, 120 App. Div. 898, affirmed.
(Argued January 14, 1908; decided January 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 15, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for the death of plaintiff's intestate alleged to have occurred through defendant's negligence.

*John N. Carlisle* for appellant.

*Henry Purcell* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : GRAY, HAIGHT, HISCOCK and CHASE, JJ. Dissenting : CULLEN, Ch. J., and WILLARD BARTLETT, J. Absent : WERNER, J.